# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| WESLEY FINANCIAL GROUP, LLC,<br><br>                              Plaintiff,<br>v.<br><br>DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS MANAGEMENT, INC.,<br><br>                            Defendants. | Case No.: 6:23-cv-2361-CEM-DCI |

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

      None.
_____
_____
_____

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 27, 2023.


*/s/ John J. Bennett*
John J. Bennett, Esq.
Florida Bar No: 98257
Paul N. Mascia, Esq.
Florida Bar No: 0489670

NARDELLA & NARDELLA, PLLC
135 W. Central Blvd., Suite 300
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
pmascia@nardlellalaw.com
jbennett@nardellalaw.com

&

Patrick A. Bradford, Esq.
Bradford Edwards LLP
12 East 49th Street, 11th Floor
New York, NY 10017
Office: (917) 671-9406

Counsel for Wesley Financial Group, LLC